■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN HERRERA, Appellant. [665 NYS2d 643] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered April 13, 1993, convicting defendant, after a jury trial, of murder in the second degree and arson in the second degree, and sentencing him, as a second violent felony offender, to consecutive terms of 25 years to life and 12½ to 25 years, respectively, unanimously affirmed.

The court properly admitted testimony that defendant made a threatening gesture to a prosecution witness during a break in that witness's testimony (*People v Plummer*, 36 NY2d 161). The throat-slitting gesture was highly probative of defendant's consciousness of guilt and was admissible irrespective of the possibility of innocent explanations (*People v Yazum*, 13 NY2d 302).

The defendant's claim on appeal concerning the court's *Sandoval* ruling is unpreserved and we decline to review it.

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.